# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

A.M.P. and John or Jane Does

Case No. Civil 01-2083 MJD

v.

**JUDGMENT IN A CIVIL CASE**

Gaeland Priebe, and Hubbard Broadcasting, inc.
KSTP-5, and any other dft Does

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pltfs complaint is DISMISSED WITHOUT PREJUDICE.

DATE: November 15, 2001

RICHARD D. SLETTEN, CLERK

Patricia Kegley, Deputy Clerk

4